FILED at 3:54 P.M. June 11, 20 10
Courtroom Deputy/Scheduling Clerk
U.S. District Court
Middle District of Georgia

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| vs. | : | INFORMATION |
| KEVIN CROW | : | VIOLATION: 18 U.S.C. § 1832<br>**Theft of Trade Secrets** |

### PLEA

I, KEVIN CROW, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead _Guilty_ this _11th_ day of _June_, 2010.

_____
KEVIN CROW
DEFENDANT

_____
CHRISTOPHER RODD
ATTORNEY FOR DEFENDANT

_____
JENNIFER KOLMAN
ASSISTANT UNITED STATES ATTORNEY